

Phone: 920.231.2150
Fax: 920.231.5713

# THOMAS J. KING
**Chapter 13 Trustee in Bankruptcy**
**EASTERN DISTRICT OF WISCONSIN**
1012 West 20TH Avenue
P O Box 3170
Oshkosh, WI 54903-3170

January 21, 2005

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
Attn: Ann T
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**   UC $94.75  99-22997

Dear Ann:

Enclosed please find our check #905342 in the amount of $94.75 which is being sent to you as unclaimed funds. These funds are from:

Chapter 13, Case No. 1999-22997-MDM, Timothy Taddy, issued as a payment in the amount of $94.75 for creditor Todd Heller & Associates. Our office has made numerous attempts to contact this creditor without success. The last address we had on file is 102 Wilmot Road Suite 530, Deerfield, IL 60015. The case was processed as dismissed after confirmation at the end of October 2004.

Sincerely,

Thomas J. King
Chapter 13 Trustee

TJK:hvs

Enclosure: Check #905342

cc:   Timothy Taddy (letter only)
       Attorney Michael Schoenbohm (letter only)

Chapter 13

**THOMAS J. KING, Trustee**
P.O. BOX 3170
OSHKOSH, WI 54903-3170
(920) 231-2150

NBC BANK FSB
KNOXVILLE, TN

No. 905342

DATE JANUARY 21, 2005

CASE NO. 99-22997-MDM   CLAIM NO. 35   CLASSIFICATION U   DEBTOR'S NAME TIMOTHY TADDY

PAY N̶I̶N̶E̶T̶Y̶ ̶F̶O̶U̶R̶ AND 75/100-------------------------------- dollars $ 94.75

(VOID UNLESS PRESENTED WITHIN 30 DAYS FROM DATE)
PREWRITTEN

To the U.S. BANKRUPTCY COURT
order of UNCLAIMED FUNDS
EASTERN DISTRICT OF WISCONSIN
517 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

TRUSTEE

87-342/642

UC 99-22997

UNCLAIMED FUNDS BY CREDITOR TODD HELLER & ASSOCIATES

⑆905342⑆ ⑈064203429⑈ 575182⑉