

Phone: 920.231.2150
Fax: 920.231.5713

# THOMAS J. KING
**Chapter 13 Trustee in Bankruptcy**
**EASTERN DISTRICT OF WISCONSIN**
1012 West 20TH Avenue
P O Box 3170
Oshkosh, WI 54903-3170

April 26, 2005

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds** 99-22997

Dear Clerk:

Enclosed please find our check #905435 in the amount of $1,372.06 which is being sent to you as unclaimed funds. These funds are from:

Chapter 13, Case No. 1999-22997-MDM, Timothy Taddy, issued as payments in the amounts of $34.91 and $1,337.15 for creditor Todd Heller & Associates. Our office has made numerous attempts to contact this creditor without success. The last address we had on file is 102 Wilmot Road Suite 530, Deerfield, IL 60015. The case was processed as dismissed after confirmation at the end of October 2004.

Sincerely,

Thomas J. King
Chapter 13 Trustee

TJK:hvs

Enclosure: Check #905435

cc: Timothy Taddy (letter only)
    Attorney Michael Schoenbohm (letter only)

Chapter 13

**THOMAS J. KING, Trustee**
P.O. BOX 3170
OSHKOSH, WI 54903-3170
(920) 231-2150

**NBC BANK FSB**
KNOXVILLE, TN

No. **905435**

87-342 / 642

DATE APRIL 26, 2005

CASE NO. 99-22997     CLAIM NO. 35     CLASSIFICATION U     DEBTOR'S NAME TIMOTHY TADDY

PAY ONE THOUSAND THREE HUNDRED SEVENTY TWO AND 06/100------------ dollars $ 1,372.06

(VOID UNLESS PRESENTED WITHIN 30 DAYS FROM DATE)

PREWRITTEN

To the order of
CLERK, US BANKRUPTCY COURT
UNCLAIMED FUNDS
517 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

_____ TRUSTEE

⑊905435⑊  ⑉064203429⑉  575182 1⑊